BRUCE R. BOYDEN
Attorney at Law
W. 621 Mallon
Suite 607 Flour Mill
Spokane, WA  99201
(509)  327-3457

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:  POWELL, MARK & ROBERTA    )
                                                                            )
                                                                            )       No. 09-02713
                                                                            )
                                                                            )       TENDER OF SMALL DIVIDENDS
                                                                            )       PURSUANT TO BRCP 3010
                       Debtor(s).            )
_____  )

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

There is tendered herewith the sum of $ 4.50 being monies which represents small

distribution in this case under $5.00.  The person(s) entitled to these funds are as follows:

| Name | Address | Amount |
|------|---------|--------|
| PYOD LLC | P.O. Box 19008 Greenville, SC | $4.50 |

This tender is made in accordance with 11 U.S.C. 347(a).

DATED this 3rd day of February, 2011.

/s/Bruce R. Boyden
BRUCE R. BOYDEN
Trustee

TENDER OF UNCLAIMED FUNDS